■ CARMELA PIETRANGOLARE, Appellant, v ANTHONY CATALIOTO et al., Respondents. [680 NYS2d 94] —Order, Supreme Court, Bronx County (Stanley Green, J.), entered June 11, 1997, which granted defendants' motion to dismiss the complaint for failure to state a cause of action and denied plaintiff's cross motion for summary judgment on liability, unanimously affirmed, with costs.

The IAS Court's dismissal of plaintiff's action for personal injuries was proper. Under the circumstances herein, where plaintiff alleges that she sustained injuries after her toddler grandson pulled a purse which his mother had hung on a kitchen chair, it cannot be said that the chair in question, which fell on plaintiff's foot, was a dangerous instrumentality (*see, Nolecheck v Gesuale*, 46 NY2d 332). Concur—Rosenberger, J. P., Ellerin, Wallach and Saxe, JJ.